UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY,<br><br>           Plaintiff,<br><br>      v.<br><br>CB EQUITIES, LLC, et al.,<br><br>           Defendants. | Case No.  15-cv-03809-KAW<br><br>**JUDICIAL REFERRAL FOR THE PURPOSES OF DETERMINING RELATIONSHIP; ORDER VACATING 11/5/2015 HEARING ON PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Donna M. Ryu for consideration of whether the case is related to *CB Equities, LLC v. American Brokers Conduit Corporation*, 12-05449-DMR, as the instant matter seeks to invalidate the stipulated judgment entered in that action.

Accordingly, the November 5, 2015 hearing on Plaintiff's motion for default judgment is VACATED. Should Judge Ryu decline to relate this to the earlier filed case, the motion hearing will be rescheduled for a later date convenient to the court.

IT IS SO ORDERED.

Dated: November 3, 2015

_____
KANDIS A. WESTMORE
United States Magistrate Judge