UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CB EQUITIES, LLC,

    Plaintiff,

v.

AMERICAN BROKERS CONDUIT CORPORATION,

    Defendant.

Case No. 12-cv-05449-DMR

**ORDER SETTING ASIDE JUDGMENT**

Re: Dkt. Nos. 8, 11

On August 16, 2016, the court issued an Order to Show Cause Why the Court Should Not Set Aside the Judgment. Order to Show Cause [Docket No. 11]. The court set forth the facts and procedural background of the case and ordered the parties to show cause in writing by no later than August 25, 2016 why the stipulated judgment in this case should not be set aside for fraud on the court. The court explained that if a party did not show cause by the August 25, 2016 deadline, it would be deemed to have waived its right to object to an order to set aside the stipulated judgment.

Neither party filed a response to the Order to Show Cause. For the reasons set forth in the court's Order to Show Cause, the stipulated judgment [Docket No. 8] is hereby set aside for fraud on the court. This order does not determine whether the stipulated judgment which is hereby set aside is void or voidable.

**IT IS SO ORDERED.**

Dated: August 26, 2016

Donna M. Ryu
United States Magistrate Judge